**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARTY S. JORDAN,

Plaintiff,

vs.

MINNESOTA DIVERSIFIED INDUSTRIES, INC.,

Defendant.

Court File No. 00-1105 DDA/RLE

**STIPULATION FOR DISMISSAL WITH PREJUDICE** and ORDER

---

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action shall be dismissed, on the merits, with prejudice, and without costs to either party.

Date: March 30, 2001

**LITTLER MENDELSON, P.C.**

By: [signature]
Donald W. Selzer, Jr. (#99144)
Andrew J. Voss (#241556)
Multifoods Tower – Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402.3720
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

**ATTORNEYS FOR DEFENDANT MINNESOTA DIVERSIFIED INDUSTRIES, INC.**

FILED APR 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 09 2001
DEPUTY CLERK

Dated: 3/29, 2001

**THE WARNER LAW OFFICE, P.A.**

By: ______________________
Daniel E. Warner, Esq. (#15295X)
3445 Washington Drive, Suite 204
Eagan, Minnesota 55122-1340
Telephone (651) 452-8224

**ATTORNEYS FOR PLAINTIFF**
**MARTY S. JORDAN**

## ORDER

Pursuant to the Stipulation of the parties as set forth above, and good cause appearing, **IT IS HEREBY ORDERED**, that this action be dismissed with prejudice, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 9, 2001

BY THE COURT

______________________
HONORABLE DONALD D. ALSOP
Judge of United States District Court